IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00102-MSK-KLM

DANIEL MARTINEZ, JR.;
NATHAN MARTINEZ;
DANIEL MARTINEZ III; and
JONATHAN MARTINEZ,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality;
GERALD WHITMAN, in his official capacity;
JASON VALDEZ, in his individual and official capacity;
ROBERT MARTINEZ, in his individual and official capacity;
ROBERT MOTYKA, in his individual and official capacity; and
BRYCE JACKSON, in his individual and official capacity,

    Defendants.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 25th day of January, 2011.

                               **BY THE COURT:**

                               *[signature: Marcia S. Krieger]*
                               _____

                               Marcia S. Krieger
                               United States District Judge