IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00102-MSK-KLM

DANIEL MARTINEZ JR.,
NATHAN MARTINEZ,
DANIEL MARTINEZ III, and
JONATHAN MARTINEZ,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipality,
GERALD WHITMAN, in his official capacity,
JASON VALDEZ, in his individual and official capacity,
ROBERT MARTINEZ, in his individual and official capacity,
ROBERT MOTYKA, in his individual and official capacity, and
BRYCE JACKSON, in his individual and official capacity,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Defendants' **Unopposed Motion for Protective Order** [Docket No. 14; Filed April 14, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Protective Order is entered as an Order of the Court as of today's date.

    Dated: April 15, 2011