IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00102-MSK-KLM

DANIEL MARTINEZ JR.,
NATHAN MARTINEZ,
DANIEL MARTINEZ III, and
JONATHAN MARTINEZ,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipality,
GERALD WHITMAN, in his official capacity,
JASON VALDEZ, in his individual and official capacity,
ROBERT MARTINEZ, in his individual and official capacity,
ROBERT MOTYKA, in his individual and official capacity, and
BRYCE JACKSON, in his individual and official capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion to Modify Scheduling Order with Respect to Discovery Cutoff and Expert Disclosures** [Docket No. 32; Filed October 18, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order [#20] entered on April 18, 2011 is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline — **November 28, 2011**
- Rebuttal Expert Disclosure Deadline — **December 28, 2011**
- Discovery Deadline — **January 27, 2012**

    IT IS FURTHER **ORDERED**, *sua sponte*, that the Scheduling Order [#20] entered on April 18, 2011 is further amended to extend the Dispositive Motions Deadline to **February 27, 2012**.

    Dated:  October 19, 2011