IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00102-MSK-KLM

DANIEL MARTINEZ JR.,
NATHAN MARTINEZ,
DANIEL MARTINEZ III, and
JONATHAN MARTINEZ,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, a municipality,
GERALD WHITMAN, in his official capacity,
JASON VALDEZ, in his individual and official capacity,
ROBERT MARTINEZ, in his individual and official capacity,
ROBERT MOTYKA, in his individual and official capacity, and
BRYCE JACKSON, in his individual and official capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Modify Scheduling Order with Respect to Discovery Cutoff** [Docket No. 41; Filed January 6, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order [#20] entered on April 18, 2011 and amended on October 19, 2011 [#34] is further modified to extend the following deadline:

- Discovery Deadline     **March 12, 2012**

    IT IS FURTHER **ORDERED**, *sua sponte*, that the Scheduling Order [#20] entered on April 18, 2011, as amended on October 19, 2011 [#34], is further amended to extend the Dispositive Motions Deadline to **April 12, 2012**.

    Dated:  January 9, 2012